UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-01534-CJC(RNBx)  Date: April 20, 2012

Title: WALLACE JONES V. RECONTRUST COMPANY, N.A. ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DIRECTING PLAINTIFF WALLACE JONES TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED IN ITS ENTIRETY**

On April 20, 2012, the Court granted the motion of Defendants Gary Vaughn, the Soundview Home Loan Trust 2007-WMC1, Deutsche Bank National Trust Company, and Recontrust Company N.A. and dismissed all claims as to these parties. After the dismissal of these parties from the action, Defendants Hadi Seyed-Ali, Edward Briseno, Fred T. Winters, Douglas E. Miles, Richard L. Bauer, Jeremy T. Bergstrom, Jim Taylor, Gregory Hwin, and Dave O'Brien still remain as Defendants. Because Mr. Jones' complaint does not appear to state any viable claim against any of the remaining Defendants, the Court hereby **ORDERS** Mr. Jones to show cause why his complaint should not be dismissed in its entirety. Mr. Jones shall file and serve an opposition to the Court's order to show cause by **April 27, 2012**. The remaining Defendants shall file and serve any response thereto by **May 4, 2012**. The matter will be taken under submission upon the filing of Mr. Jones' opposition and the remaining Defendants' response.

jda

MINUTES FORM 11
CIVIL-GEN                                                                              Initials of Deputy Clerk: MU